AO 245D    (Rev. 09/13) Judgment in a Criminal Case for Revocations
           Sheet 1

# UNITED STATES DISTRICT COURT

<u>          Southern          </u>   District of   <u>          Indiana          </u>

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| JAMES EDWARD TURNER | |

Case No.    3:03CR00010-001
USM No.    07128-028

<u>John A. Goodridge and Jared M. Thomas</u>
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)   <u>1 through 6</u>   of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 1 | Failure to Report to USPO | 08/12/2014 |

The defendant is sentenced as provided in pages 2 through <u>2</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec.   <u>5823</u>

Defendant's Year of Birth:   <u>1975</u>

City and State of Defendant's Residence:

Henderson, Kentucky

<u>1/5/2016</u>
Date of Imposition of Judgment

_(signature)_

RICHARD L. YOUNG,  CHIEF JUDGE
United States District Court
Southern District of Indiana

<u>1/15/2016</u>
Date

A CERTIFIED TRUE COPY
Laura A. Briggs, Clerk
U.S. District Court
Southern District of Indiana
By _Nina M. Doyle_
Deputy Clerk

AO 245D    (Rev. 09/13) Judgment in a Criminal Case for Revocations
           Sheet 1A

Judgment — Page 1.01 of 2

DEFENDANT: JAMES EDWARD TURNER
CASE NUMBER: 3:03CR00010-001

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | Failure to Report Change in Employment/Residence | 08/07/2014 |
| 3 | Unlawful Drug Use | 06/26/2013 |
| 4 | Frequenting Places Where Drugs Are Used/Sold | 06/26/2013 |
| 5 | Unlawful Drug Use | 06/26/2013 |
| 6 | New Criminal Conduct | 08/22/2014 |

AO 245D    (Rev. 09/13) Judgment in a Criminal Case for Revocations
           Sheet 2 — Imprisonment

Judgment — Page  2  of  2

DEFENDANT:     JAMES EDWARD TURNER
CASE NUMBER:   3:03CR00010-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :   60 months, to be served concurrently with sentence imposed in Docket No. 3:15CR00010-001

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL